**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER<br><br>        Defendants. | Case No. 7:26-cv-01642-PMH<br><br><br>        **<ins>NOTICE OF APPEARANCE</ins>** |

    **PLEASE TAKE NOTICE** that Jennifer I. Fischer, Esq., an attorney with the law firm of Littler Mendelson, P.C., One Newark Center, 8th Floor, Newark, New Jersey, 07102, hereby appears as counsel on behalf of Defendants Infinite Care Develoment, LLC and Daniel Speiser ("Defendants"), in the above-captioned action.  Contact information for the undersigned counsel is as follows:

Jennifer I. Fischer, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4700
jfischer@littler.com

    Please enter this appearance on the Court's docket and include the email address listed above on all electronic notification of all filings.  Defendants request that copies of all notices, papers, motions, and any other documents filed, received, or issued in this matter be sent to all attorneys of record.

2

Dated: March 25, 2026
Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Develoment, LLC and Daniel Speiser*

*/s/ Jennifer I. Fischer*

Jennifer I. Fischer (N.Y. Bar No. 5013875)
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Notice of Appearance to be electronically served via ECF service on plaintiff's attorney, Emanuel Kataev, Esq., Sage Legal, LLC, 18211 Jamaica Avenue, Jamaica, NY 11423, email: emanuel@sagelegal.nyc

*/s/ Jennifer I. Fischer*
Jennifer I. Fischer

Dated: March 25, 2026
       Newark, New Jersey

4926-1460-2907.1 / 127595.1001

3