**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>   vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER<br><br>      Defendants. | Case No. 7:26-cv-01642-PMH<br><br><br>**CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and Nursing ("Hudson Hill"), by and through its undersigned counsel, hereby states that Hudson Hill is a wholly owned subsidiary of Hudson View Care Center Inc., a privately held corporation for which no public corporation owns 10% or more of its stock.

Dated: March 25, 2026
      Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Development, LLC and Daniel Speiser*

*/s/ Jennifer I. Fischer*
Jennifer I. Fischer (N.Y. Bar No. 5013875)
jfischer@littler.com
Amber M. Spataro (*pro hac vice* admission pending)
aspataro@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

2

## CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Corporate Disclosure Statement to be electronically served via ECF service on plaintiff's attorney, Emanuel Kataev, Esq., Sage Legal, LLC, 18211 Jamaica Avenue, Jamaica, NY 11423, email: emanuel@sagelegal.nyc

_/s/ Jennifer I. Fischer_
Jennifer I. Fischer

Dated:  March 25, 2026
Newark, New Jersey

4925-0062-5307.2 / 127595.1001