**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER<br><br>        Defendants. | Case No. 7:26-cv-01642-PMH<br><br><br>**MOTION FOR ADMISSION**<br>**<u>PRO HAC VICE</u>** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Amber M. Spataro, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and Nursing ("Hudson Hill") and Daniel Speiser[1] (incorrectly sued as Daniel Spizer) (collectively, "Defendants") in the above-captioned action.

I am in good standing for the bars of the states of California, Florida, and New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have passed the New York Bar Exam and have been certified by the New York State Board of Law Examiners. My application for admission to the State Bar of New York is currently pending before the Third Department of the Appellate division of the Supreme Court of New York. I have never

---

[1] The Complaint and the case caption misspell Defendant Daniel Speiser's name as "Spizer." The correct spelling, "Speiser," is used hereinafter.

been convicted of a felony. I have never been suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 22, 2026
Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Development, LLC and Daniel Speiser*

Amber M. Spataro (*pro hac vice* admission pending)
aspataro@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

/s/ Jennifer I. Fischer

Jennifer I. Fischer (N.Y. Bar No. 5013875)
*New York-admitted attorney of record*
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

4913-4238-2235.1 / 127595.1001

2