**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

|  |  |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER<br><br>          Defendants. | Case No. 7:26-cv-01642-PMH<br><br><br>**CERTIFICATE OF SERVICE** |

I, Jennifer I. Fischer, of full age, hereby certifies as follows:

1.      On April 22, 2026, I caused the following documents to be electronically filed with the Clerk, United States District Court, Southern District of New York:

      a.      Notice of Motion for the Admission Pro Hac Vice of Amber M. Spataro;

      b.      Declaration of Amber M. Spataro in support of Motion for Admission Pro Hac Vice;

      c.      Proposed Order for the Admission Pro Hac Vice of Amber M. Spataro; and

      d.      This Certificate of Service.

2.      On April 22, 2026, I caused the following documents to be served via electronic filing upon plaintiff's counsel Emanuel Kataev, Esq., Sage Legal, LLC, 18211 Jamaica Avenue, Jamaica, NY 11423, email: emanuel@sagelegal.nyc:

      a.      Notice of Motion for the Admission Pro Hac Vice of Amber M. Spataro;

      b.      Declaration of Amber M. Spataro in support of Motion for Admission Pro Hac Vice;

c.   Proposed Order for the Admission Pro Hac Vice of Amber M. Spataro; and

d.   This Certificate of Service.

3.   On April 22, 2026, I will cause courtesy copies of the following documents to be served via Federal Express upon the Honorable Laura Taylor Swain, United States District Court, District of Southern New York, Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, Suite 154, White Plains, NY 10601:

a.   Notice of Motion for the Admission Pro Hac Vice of Amber M. Spataro;

b.   Declaration of Amber M. Spataro in support of Motion for Admission Pro Hac Vice;

c.   Proposed Order for the Admission Pro Hac Vice of Amber M. Spataro; and

d.   This Certificate of Service.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: April 22, 2026
     Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Development, LLC and Daniel Speiser*

*/s/ Jennifer I. Fischer*
Jennifer I. Fischer (N.Y. Bar No. 5013875)
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

4939-0090-8443.1 / 127595.1001

2