**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

|  |  |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,<br><br>               Defendants. | Case No. 7:26-cv-01642-PMH<br><br><br><br>**AFFIDAVIT OF AMBER M. SPATARO IN SUPPORT OF MOTION TO <u>APPEAR PRO HAC VICE</u>** |

STATE OF NEW JERSEY  )
                         ) ss.
COUNTY OF ESSEX      )

Amber M. Spataro, being first duly sworn, states and alleges as follows:

1.      I am seeking to be admitted as one of the attorneys representing Defendants Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and Nursing ("Hudson Hill") and Daniel Speiser[1] (incorrectly sued as Daniel Spizer) (collectively, "Defendants") in the matter referenced above.  I submit this Affidavit in support of my Motion to Appear Pro Hac Vice.

2.      I have never been convicted of a felony.

3.      I have never been suspended, disbarred or denied admission or readmission by any court.

4.      There are no disciplinary proceedings presently against me.

FURTHER YOUR AFFIANT SAYETH NOT.

---

[1] The Complaint and the case caption misspell Defendant Daniel Speiser's name as "Spizer." The correct spelling, "Speiser," is used hereinafter.

Dated: April 21, 2026
       Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Development, LLC and Daniel Speiser*

Amber M. Spataro (*pro hac vice* admission pending)
aspataro@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4745

Subscribed and sworn to before me this
21st day of April, 2026

Jennifer A. Ramos
Notary Public
Comm Number – 2385836.
Expiration date – 5/15/29

4922-3249-2443.1 / 1001

Jennifer A Ramos
Notary Public
State of New Jersey
My Commission Expires
May 15, 2029

2