# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

Amber Marie Spataro , Bar No. 210942

was duly admitted to practice in this Court on 12/05/2000
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on 4/24/2026
Date

BRIAN D. KARTH
Clerk of Court

By _Audree Sellarole_
Audree Sellarole , Deputy Clerk

G-52 (1/24)    CERTIFICATE OF GOOD STANDING

# Supreme Court of Florida
## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### AMBER MARIE SPATARO

*was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on December 7, 2007, and is presently in good standing; however, said attorney is CLER exempt and is not eligible to practice law in the State of Florida. The private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, The Capital, this April 23, 2026.*

*Clerk of the Supreme Court of Florida*

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **AMBER M SPATARO** *(No.* **036892008** *) was constituted and appointed an Attorney at Law of New Jersey on* **July 06, 2009** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of April, 2026.*

*Clerk of the Supreme Court*