**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,

        Plaintiffs,

   vs.

INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,

        Defendants.

Case No. 7:26-cv-01642-PMH

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Amber M. Spataro for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of California, Florida and New Jersey, and that her contact information is as follows

    Applicant's Name:    Amber M. Spataro

    Firm Name:    Littler Mendelson, P.C.

    Address:    One Newark Center, 1085 Raymond Blvd., 8th Floor

    City / State / Zip:    Newark, NJ  07102

    Telephone / Fax:    973.848.4745 / 973.556.1343

    Applicant's Email address: aspataro@littler.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and

Nursing ("Hudson Hill") and Daniel Speiser[1] (incorrectly sued as Daniel Spizer) (collectively, "Defendants"), in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026

Honorable Philip M. Halpern
United States District Judge

4906-0549-6731.1 / 127595.1001

---

[1] The Complaint and the case caption misspell Defendant Daniel Speiser's name as "Spizer." The correct spelling, "Speiser," is used hereinafter.

2