**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

|  |  |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,<br><br>                 Defendants. | Case No. 7:26-cv-01642-PMH<br><br> <br><br><u>**CERTIFICATE OF SERVICE**</u> |

I, Amber M. Spataro, of full age, hereby certifies as follows:

1.      On April 30, 2026, I caused the following documents to be electronically filed with the Clerk, United States District Court, Southern District of New York:

       a.     Notice of Motion to Appear Pro Hac Vice;

       b.     Affidavit of Amber M. Spataro In Support of Motion to Appear Pro Hac Vice, with exhibits;

       c.     Proposed Order; and

       d.     This Certificate of Service.

2.      On April 30, 2026, I caused the following documents to be served via electronic filing upon plaintiff's counsel Emanuel Kataev, Esq., Sage Legal, LLC, 18211 Jamaica Avenue, Jamaica, NY 11423, email: emanuel@sagelegal.nyc:

       a.     Notice of Motion to Appear Pro Hac Vice;

       b.     Affidavit of Amber M. Spataro In Support of Motion to Appear Pro Hac Vice, with exhibits;

c.	Proposed Order; and

d.	This Certificate of Service.

3.	On April 30, 2026, I will cause courtesy copies of the following documents to be served via Federal Express upon the Honorable Philip M. Halpern, U.S.D.J., United States District Court, District of Southern New York, Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, Suite 154, White Plains, NY 10601:

a.	Notice of Motion to Appear Pro Hac Vice;

b.	Affidavit of Amber M. Spataro In Support of Motion to Appear Pro Hac Vice, with exhibits;

c.	Proposed Order; and

d.	This Certificate of Service.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:	April 30, 2026
	Newark, New Jersey

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Infinite Care Development, LLC and Daniel Speiser*

*/s/ Amber M. Spataro*

Amber M. Spataro (*pro hac vice* admission pending)
aspataro@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

*/s/Jennifer I. Fischer*

Jennifer I. Fischer (N.Y. Bar No. 5013875)
*New York-admitted attorney of record*
jfischer@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700