
Employment & Labor Law Solutions Worldwide®

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ 07102

Amber M. Spataro
973.848.4745 direct
973.848.4700 main
aspataro@littler.com

Max A. Lamcken
973.848.4732 direct
551.697.0132 main
mlamcken@littler.com

> Application granted. The time to
> move to reopen is extended to
> August 7, 2026.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          July 7, 2026

July 7, 2026,

**VIA ECF E-FILING**

Hon. Philip M. Halpern
United State District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street, White Plains, NY 10601

> **Re:**   ***Mazal Ilyaich v. Infinite Care Development, LLC d/b/a Hudson Hill
> Center for Rehabilitation and Nursing, et al.*, Case No. 7:26-cv-01642 (PMH)**

Dear Judge Halpern:

Plaintiff Mazal Ilyaich and Defendants Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and Nursing and Danny Speiser respectfully submit this joint letter requesting that the Court extend by an additional thirty (30) days the period set forth in the Court's June 8, 2026, Order dismissing the action without prejudice to restoration.

The Parties previously advised the Court that they reached a settlement through mediation, but the settlement process is still ongoing, and the Parties now require additional time to complete the execution process and obtain all necessary signatures.

Accordingly, the Parties respectfully request that the Court extend the deadline to restore the action by an additional thirty (30) days, through August 7, 2026, to permit the Parties to complete the settlement process. The Parties believe that this brief extension will conserve judicial resources and allow them to fully effectuate their settlement without the need to restore the matter to the Court's active docket.

We thank the Court for its courtesies and consideration of this request.

Respectfully submitted,

**PLAINTIFF'S COUNSEL**                          **DEFENDANTS' COUNSEL**

*/s/ Emanuel Kataev*                              */s/ Amber M. Spataro*
Emanuel Kataev                                    Amber M. Spataro
                                                  Max A. Lamcken