**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>                     Plaintiff,<br><br>          vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,<br><br>                     Defendants. | Case No.: 7:26-cv-1642 (PMH) (JCM)<br><br>**SECOND MOTION FOR EXTENSION OF TIME** |

Dear Judge Halpern:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes with Defendants' consent pursuant to this Court's Order dated July 7, 2026 to apply to restore the action within thirty (30) days because the settlement agreement is not yet completed and executed. This is because the Parties are nearing resolution of a remaining issue concerning a component of the settlement agreement and require additional time to finalize and execute same. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated: Jamaica, New York
          August 6, 2026

                                        Respectfully submitted,

                                        **SAGE LEGAL LLC**

                                        */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)

2

(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Mazal Ilyaich and*
*all others similarly situated*

2