**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,<br><br>Defendants. | Case No.: 7:26-cv-1642 (PMH) (JCM)<br><br>**THIRD MOTION FOR EXTENSION OF TIME** |

Dear Judge Halpern:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes with Defendants' consent pursuant to this Court's Order dated August 7, 2026 to apply to restore the action within thirty (30) days because the settlement agreement is not yet fully executed. This is because the parties are in the process of obtaining signatures on a recently finalized execution copy of the settlement agreement and require additional time to complete execution. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated: Jamaica, New York
September 8, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)

(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Mazal Ilyaich and*
*all others similarly situated*