**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| MAZAL ILYAICH, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,<br><br>Defendants. | **Case No.: 7:26-cv-1642 (PMH) (JCM)**<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff Mazal Ilyaich ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Court for an Order reopening this action and restoring it to the Court's active docket pursuant to the Court's June 8, 2026 Order and subsequent Orders extending the time to move to reopen through October 8, 2026.

In support of this Motion, Plaintiff states as follows:

1. On February 27, 2026, Plaintiff commenced this action.

2. On June 8, 2026, after being advised that the parties had reached a settlement in principle, the Court dismissed this action without costs and without prejudice to restoration to the Court's calendar, provided that an application to restore was made within the time permitted by the Court.

3. By subsequent Orders, the Court extended the deadline to move to reopen, most recently through October 8, 2026.

4. The parties have continued working toward completion and execution of the settlement and dismissal documents, but the settlement process has not yet been completed and no fully executed stipulation of dismissal has been filed.

5. Specifically, Plaintiff sent an executed counterpart of the settlement agreement and related documentation, and is awaiting the return of a fully executed agreement, as well as other obligations under the settlement agreement.

6. Plaintiff therefore timely requests that the Court reopen this action and restore it to the active docket so that the matter may proceed pending completion of the settlement process or further order of the Court.

7. On October 7, 2026, Plaintiff sought Defendants' consent for this motion, but received an auto-reply stating that counsel for Defendants is away on international travel.

**WHEREFORE**, Plaintiff respectfully requests that the Court reopen this action, restore the matter to the Court's active docket, and grant such other and further relief as the Court deems just and proper.

Dated: Jamaica, New York
October 8, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Mazal Ilyaich and*
*all others similarly situated*