# EXHIBIT A

**Lamcken, Max**

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, October 23, 2026 3:40 PM
**To:** Lamcken, Max; Spataro, Amber
**Cc:** Glenn Liberman; Maya; Rita Malinovski; Alivia Cooney
**Subject:** Re: Ilyaich - Motion for Extension of Time

My team will send.

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Friday, October 23, 2026 15:38
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Spataro, Amber <ASpataro@littler.com>
**Subject:** RE: Ilyaich - Motion for Extension of Time

Hi Emanuel,

Despite your claims that you have not heard from us in a month, below are two emails that you never responded to.

Notwithstanding, we understand that you filed a motion to reopen the case on October 16, 2026. Please be advised that we will be opposing this motion.

We also reiterate our request for your firm's W9 as the final pre-requisite remaining before our Client is able to process and send payment to you and Mazal. That is an explicit condition in the settlement agreement that has not yet been satisfied. Once you provide us with your firm's W9, we can finally close this case.

Thanks,

**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Tuesday, October 20, 2026 7:28 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Spataro, Amber <ASpataro@littler.com>
**Subject:** Fw: Ilyaich - Motion for Extension of Time

Hi Emanuel,

Forwarding this email from last week in case you may have missed it. We still require a W9 from Sage Legal in order to process/send payment to your firm; we currently only have Mazal's W4 and W9.

Please provide when you can.

Thanks,
**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Wednesday, October 14, 2026 9:04 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen <dcohen@consumerattorneys.com>
**Subject:** RE: Ilyaich - Motion for Extension of Time

Good morning Emanuel,

Confirming receipt and hoping to send a fully executed version of the agreement to you later today.

With respect to payment, I realized that we only have a W4 and W9 from Mazal. Could you kindly provide a W9 for Sage Legal so that your firm can be paid its portion as well?

The Settlement Payment shall be mailed to Ilyaich's counsel within thirty (30) day

counsel for Defendants receives from Ilyaich:

i. An original of this Agreement signed by Ilyaich;

ii. A signed Stipulation of Dismissal With Prejudice;

iii. Completed and signed IRS Forms W-4 and W-9 from Ilyaich

iv. A completed and signed IRS Form W-9 from Ilyaich's couns

The settlement agreement also provides that we will be remitting a checks payable to Mazal Ilyaich, and to Sage Legal in the required amounts.

Best,

**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Monday, October 12, 2026 4:50 PM
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen

<dcohen@consumerattorneys.com>
**Subject:** Re: Ilyaich - Motion for Extension of Time

Please confirm receipt of the original and when as well as in what manner we may receive the settlement payment.

Thanks,



---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Wednesday, September 30, 2026 22:42
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen <dcohen@consumerattorneys.com>
**Subject:** Re: Ilyaich - Motion for Extension of Time

See attached executed counterpart to stipulation of voluntary dismissal to be held in escrow until such time that a fully executed settlement agreement is delivered to me electronically.

I am sending out a hard copy via certified mail of the original executed settlement agreement with accompanying tax forms.

Thanks,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Wednesday, September 30, 2026 22:31
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen <dcohen@consumerattorneys.com>
**Subject:** Re: Ilyaich - Motion for Extension of Time

My team will have the client execute a new one.

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Wednesday, September 30, 2026 22:29
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen

<dcohen@consumerattorneys.com>
**Subject:** RE: Ilyaich - Motion for Extension of Time

Thanks Emanuel,

We will return a fully executed copy as soon as possible.

However, it appears that the scanned W4 is blurry and not legible. Could you please have your office attempt to re-scan and re-send a legible copy tomorrow?

Best,

**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Wednesday, September 30, 2026 10:25 PM
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Daniel Cohen <dcohen@consumerattorneys.com>
**Subject:** Re: Ilyaich - Motion for Extension of Time

See attached executed settlement papers. I will send you a signed stipulation of discontinuance under separate cover. Kindly return a fully executed agreement.

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, September 08, 2026 16:50
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>
**Subject:** Re: Ilyaich - Motion for Extension of Time

Alivia will revise and file shortly.

Thanks,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Tuesday, September 8, 2026 16:03
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>
**Subject:** RE: Ilyaich - Motion for Extension of Time

Yes, of course. Please see below:

This is because the parties are in the process of obtaining signatures on a recently finalized execution copy of the settlement agreement and require additional time to complete execution.

Thanks,

**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, September 8, 2026 3:58 PM
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>
**Subject:** Re: Ilyaich - Motion for Extension of Time

Thanks. Can you provide proposed changes.

Sent from my iPhone

Sage Legal

Emanuel Kat

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen C
Greenvale

1981 Marc
New Hyde

---

**From:** Lamcken, Max <MLamcken@littler.com>
**Sent:** Tuesday, 08 September 2026 15:55:05
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>
**Subject:** RE: Ilyaich - Motion for Extension of Time

Hi Emanuel,

Our last correspondence is dated 8/24/26, in which I accepted your redlines and sent an execution copy of the agreement. I received no response or signed copy in reply until now.

If you have a signed copy to forward to us, please do so and I will follow up with my client for execution. However, with respect to the motion, we disagree with the following representation:

“This is because Plaintiff has signed the settlement agreement, and requires additional time as Defendant still has not signed same.”

We would be agreeable to neutral language/reasoning for the motion but given the fact that my last e-mail from you is a request for an execution copy, above is not an accurate characterization of the delay.

Best,

**Max Lamcken**
**Attorney at Law**
+1 973.848.4732 direct, +1 551.697.0132 mobile
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102
MLamcken@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, September 8, 2026 3:30 PM
**To:** Lamcken, Max <MLamcken@littler.com>; Spataro, Amber <ASpataro@littler.com>
**Cc:** Alivia Cooney <alivia@sagelegal.nyc>
**Subject:** Ilyaich - Motion for Extension of Time

**[EXTERNAL E-MAIL]**

Please review and approve the attached to be filed.  I will file at 5:00 PM today removing Defendants' consent if I do not hear back.

I have the original in hand and will send courtesy copy via email and hard copies via certified mail, no return receipt requested.  Kindly confirm that you only need original agreement mailed, not the remaining documents.

Thanks,

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.