**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 6, 2026

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Philip M. Halpern, U.S.D.J.
300 Quarropas Street, Courtroom 520
White Plains, NY 10601-4150

**Re: Mazal Ilyaich v. Infinite Care Development, LLC**
**Case No.: 7:26-cv-1642 (PMH) (JCM)**
**Plaintiff's Letter Reply in Further Support of Motion to Reopen**

Dear Judge Halpern:

This firm represents Plaintiff Mazal Ilyaich ("Plaintiff") in the above-referenced case. Plaintiff writes pursuant to the Court's October 30, 2026 Order (ECF Docket Entry ("ECF") 32), directing Plaintiff to reply to Defendants' opposition (ECF 31) and indicate whether Plaintiff wishes to withdraw her application to reopen this action (ECF 28).

Plaintiff withdraws her application to reopen the case, but respectfully requests the alternative relief outlined herein. The parties have reached a settlement, and Plaintiff understands that Defendants are in the process of completing their remaining obligations under the settlement agreement, including making the required settlement payments. Accordingly, Plaintiff respectfully requests that the Court permit the parties until November 30, 2026, to submit a fully executed stipulation of voluntary dismissal. This additional time will allow Plaintiff to confirm that the parties have fulfilled their respective obligations under the settlement agreement before the stipulation is filed.

In light of the foregoing, Plaintiff respectfully requests that the Court deem her application to reopen withdrawn and permit the parties to file the stipulation of voluntary dismissal on or before November 30, 2026, without the need to restore this case to the active docket. Plaintiff thanks this honorable Court for its time and attention to this matter.

Dated: Jamaica, New York
November 6, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc
*Attorneys for Plaintiff*
*Mazal Ilyaich*

**VIA ECF**
All counsel of record