**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

MAZAL ILYAICH,

Plaintiff,

-against-

INFINITE CARE DEVELOPMENT, LLC d/b/a HUDSON HILL CENTER FOR REHABILITATION AND NURSING, and DANIEL SPIZER,

Defendants.

Case No. 7:26-cv-01642 (PMH) (JCM)

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mazal Ilyaich and Defendants Infinite Care Development, LLC d/b/a Hudson Hill Center for Rehabilitation and Nursing and Daniel Speiser (sued as Daniel Spizer), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action, including all claims asserted by Plaintiff against Defendants, is hereby dismissed with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: November 23, 2026
Jamaica, New York

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*

Dated: November 23, 2026
Newark, New Jersey

**LITTLER MENDELSON, P.C.**

*/s/ Amber M. Spataro, Esq.*
Amber M. Spataro, Esq.
Max Lamcken, Esq.
One Newark Center, 8th Floor
1085 Raymond Boulevard
Newark, NJ 07102
(973) 848-4700
aspataro@littler.com
mlamcken@littler.com

*Attorneys for Defendants*